### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

MARCOS DaSILVA and MATTEUS
FERREIRA, on behalf of themselves
and all others similarly situated,

          Plaintiffs,

v.

BORDER TRANSFER OF MA, INC.,

          Defendant.

Case No.: 1:16-cv-11205-PBS

### MOTION TO DISMISS

Pursuant to Rule 12(b)(6), Border Transfer of MA, Inc. ("Border Transfer") moves to dismiss Plaintiffs' *Class Action Complaint* because their claims are preempted by the Federal Aviation Administration Authorization Act of 1994, 49 U.S.C. § 14501(c) ("FAAAA"). Plaintiffs unjust enrichment claim (Claim II) is also subject to dismissal for the alternative reason that an express contract governs the terms and conditions of their relationship with Border Transfer. In further support of this Motion, a Memorandum in Support of Motion to Dismiss ("Memo"), is filed herewith and incorporated herein.

Where for the above-stated reasons and those contained in the Memo, Defendant, Border Transfer, request this Court to dismiss Plaintiff's *Class Action Complaint*.

### REQUEST FOR ORAL ARGUMENT

Border Transfer respectfully requests oral argument on its Motion to Dismiss.

Dated: August 8, 2016

Respectfully Submitted,

/s/ Judith Leggett
Judith Leggett / BBO # 635346
Leggett Law Firm, LLC
Tower Circle, Suite 2
Avon, MA  02322
Telephone: (617) 780-7163
Judith@LeggettLawFirm.com
*ATTORNEYS FOR DEFENDANT BORDER
TRANSFER OF MA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will

be sent to those indicated as non-registered participants on August 8, 2016.

*/s/ Judith Leggett*
Judith Leggett

4849-5823-4166, v. 1