# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS DaSILVA and MATTEUS FERREIRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BORDER TRANSFER OF MA, INC., And PATRICK McCLUSKEY,<br><br>Defendants. | Case No.: 1:16-cv-11205-PBS |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants Border Transfer of MA, Inc. and Patrick McCluskey, by counsel, respectfully move for summary judgment and request the Court to rule as a matter of law as follows: (a) That Plaintiffs and other members of the certified class are not entitled as a matter of law to recover deductions taken by BTMI from settlement compensation; (b) That Plaintiffs and other members of the certified class are not entitled as a matter of law to recover non-deduction, out-of-pocket business expenses purportedly incurred for workers' compensation insurance and cargo insurance; and (c) That Mr. Humberto Chantre does not qualify as an "individual" subject to Section 148B of the Wage Act, and, even if considered an "individual" covered by the Wage Act, Mr. Chantre does not qualify as an employee under Section 148B.

Defendants' motion is supported by concurrently-filed Memorandum in Support of Motion for Class Certification, Defendants' Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, and the Declaration of Andrew J. Butcher and accompanying exhibits.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on their Motion for Summary Judgment.

Date:  October 8, 2018

*/s/ Andrew J. Butcher*
Andrew J. Butcher

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 8, 2018.

*/s/ Andrew J. Butcher*
Andrew J. Butcher

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that on October 8, 2018, I contacted counsel for Plaintiffs by e-mail in an attempt to, in good faith, resolve or narrow the issues raised in this motion.

*/s/ Andrew J. Butcher*
Andrew J. Butcher

4818-2663-1287, v. 1