**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS DaSILVA and MATTEUS FERREIRA, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 16-cv-11205-PBS |
| v. | )<br>) |
| BORDER TRANSFER OF MA, INC.<br>Defendant. | ) **LEAVE TO FILE GRANTED ON**<br>) **APRIL 5, 2017**<br>) |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND DEADLINE FOR RESPONDING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants filed a motion for summary judgment on October 8, 2018.  ECF No. 108. Plaintiffs' response the motion is currently due on October 29, 2018.  Due to the press of business, Plaintiffs request a two-week extension of the deadline for filing their response.

Defendants have assented to Plaintiffs' request.  There is no hearing currently scheduled on the Defendants' motion and no party will be prejudiced by a two-week extension.  Plaintiffs, therefore, request an extension of the deadline for responding to Defendants' motion for summary judgment to November 12, 2018.

DATED:  October 24, 2018

Respectfully Submitted,
MARCOS DaSILVA, et al., individually and on behalf of all others similarly situated,

By their attorneys,

 /s/ Harold L. Lichten
Harold L. Lichten BBO# 549689
Benjamin J. Weber BBO# 673736
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994 5800
hlichten@llrlaw.com
bweber@llrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2018, the foregoing document was filed electronically through the ECF System and is available for viewing and downloading from the ECF System, that it will be sent electronically to counsel of record identified as registered participants on the Notice of Electronic Filing.

/s/ Harold L. Lichten
Attorney for Plaintiffs

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants on October 19, 2018 and counsel for Defendants assented to Plaintiffs' request for a two-week extension.

/s/ Harold L. Lichten
Attorney for Plaintiffs