UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARCOS DaSILVA and MATTEUS FERREIRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BORDER TRANSFER OF MA, INC.<br>Defendant. | Case No. 16-cv-11205-PBS |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND DEADLINE FOR RESPONDING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants filed a motion for summary judgment on October 8, 2018. ECF No. 108. This Court granted Plaintiffs' initial request for a two-week extension for filing their response, which is currently due on November 13, 2018. ECF No. 114. Due to the press of business, Plaintiffs request a further six-day extension of the deadline for filing their response.

Defendants have assented to Plaintiffs' request. There is no hearing currently scheduled on the Defendants' motion and no party will be prejudiced by a further extension of six days. Plaintiffs, therefore, request an extension of the deadline for responding to Defendants' motion for summary judgment to November 19, 2018.

DATED: November 9, 2018

Respectfully Submitted,
MARCOS DaSILVA, et al., individually
and on behalf of all others similarly
situated,

By their attorneys,

  /s/ Harold L. Lichten

Harold L. Lichten BBO# 549689  
Benjamin J. Weber BBO# 673736  
LICHTEN & LISS-RIORDAN, P.C.  
729 Boylston Street, Suite 2000  
Boston, MA 02116  
(617) 994 5800  
hlichten@llrlaw.com  
bweber@llrlaw.com  

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, the foregoing document was filed electronically through the ECF System and is available for viewing and downloading from the ECF System, that it will be sent electronically to counsel of record identified as registered participants on the Notice of Electronic Filing.

/s/ Harold L. Lichten  
Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants on November 9, 2018 and counsel for Defendants assented to Plaintiffs' request for a further six-day extension.

/s/ Harold L. Lichten  
Attorney for Plaintiffs