**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS DaSILVA and MATTEUS FERREIRA, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>v.<br><br>BORDER TRANSFER OF MA, INC., And PATRICK McCLUSKEY,<br><br>                 Defendants. | Case No.: 1:16-cv-11205-PBS |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO DECEMBER 31, 2018**

      Plaintiffs filed a Motion for Partial Summary Judgment on Liability ("Plaintiffs' Motion") on November 20, 2018 (ECF No. 122). Defendants' Opposition to Plaintiffs' Motion is currently due on December 17, 2018. Defendants respectfully request an extension of the current deadline to file their Opposition to Plaintiffs' Motion to December 31, 2018.

      Defendants' counsel contacted Plaintiffs' counsel on December 11, 2018, and requested an extension to January 14, 2019, to allow the Parties to fully brief Defendants' Rule 56(d) Motion (ECF No. 130) and allow the Court to consider and rule on that motion. Plaintiffs' counsel, Ben Weber, could not assent to Defendants' request for an extension to January 14, 2019, at the time of this filing without first speaking to Plaintiffs' lead trial counsel, Harold Lichten, who was out of the office and unavailable. Mr. Weber could, however, assent on Plaintiffs' behalf to a 14-day extension to and including December 31, 2018.

      Although Plaintiffs are able to assent to an extension to December 31, 2018, Defendants believe an extension to January 14, 2019, will be in the best interest of the Parties and the litigation because it will provide time to fully brief and consider Defendants' Rule 56(d) Motion.

      Neither party will be prejudiced by this extension as the Court has not scheduled a hearing for this matter.

Defendants therefore respectfully request an extension to December 31, 2018, to file their Opposition in Response to Plaintiff's Motion for Partial Summary Judgment on Liability.

Date:  December 12, 2018  */s/ Andrew J. Butcher*
Andrew J. Butcher

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 12, 2018.

*/s/ Andrew J. Butcher*
Andrew J. Butcher

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that on December 11th and 12th, 2018, my office contacted counsel for Plaintiffs by e-mail and phone in an attempt to, in good faith, resolve or narrow the issues raised in this motion.

*/s/ Andrew J. Butcher*
Andrew J. Butcher

4815-7390-6306, v. 2