

30 West Monroe Street
Suite 600
Chicago, IL  60603

*The full service transportation law firm*

www.scopelitis.com
Main (312) 255-7200
Fax (312) 422-1224

**ANDREW J. BUTCHER**
abutcher@scopelitis.com

April 2, 2019

<u>**Via ECF**</u>
Chief Judge Patti B. Saris
United States District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300, Rm. 19, 7th Floor
Boston, Massachusetts 02210

    RE:    DaSilva et al v. Border Transfer of MA, Inc.
               Case No. 16-cv-11205-PBS

Your Honor,

At the March 27 hearing in this matter the parties were asked to submit a letter by April 3 notifying the Court whether mediation would occur. The parties have agreed to mediate the case using the Rule 16.4 ADR program. The parties respectfully request assignment of the case to Magistrate Judge Dein for mediation.

                             Very truly yours,

                             Andrew J. Butcher

AJB/em

Indianapolis ▪ Chicago ▪ Washington, D.C. ▪ Los Angeles ▪ Chattanooga ▪ Detroit
Spokane ▪ Dallas/Fort Worth ▪ Milwaukee ▪ Philadelphia/Mt. Ephraim ▪ Tulsa ▪ Salt Lake City ▪ Seattle

SERVICES OUTSIDE CALIFORNIA AND MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL CORPORATION
SERVICES IN MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL LIMITED LIABILITY COMPANY
SERVICES IN CALIFORNIA PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LIMITED LIABILITY PARTNERSHIP