# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARCOS DaSILVA and MATTEUS FERREIRA, on behalf of themselves and all others similarly situated,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**BORDER TRANSFER OF MA, INC. and PATRICK MCCLUSKEY,**<br><br>    Defendants. | **Case No: 1:16-cv-11205-PBS**<br><br><br>**DEFENDANTS' EXPERT WITNESS DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's Order for Pretrial Conference (ECF No. 159), Defendants hereby designate the following expert witness who may be called to testify at trial in this matter:

## I.   Name, Address, and Telephone Number

Thomas N. Hubbard, Ph.D.
Kelly School of Management
Northwestern University
2001 Sheridan Road
Evanston, IL 60208
(773) 505-9933

## II.   Summary of Testimony

Dr. Hubbard's expertise relates to labor economics in the transportation industry and he is expected to testify that from an economic perspective, class members are independent contractors, not employees. Dr. Hubbard's opinions and the basis and reasons for them are set forth in the Report of Professor Thomas N. Hubbard, attached as Exhibit A.

**III.     Rate for Trial Testimony**

Dr. Hubbard's rate is $800 per hour.

Dated: May 13, 2019                                  Respectfully submitted,


*/s/ Paul D. Root*
Adam C. Smedstad, Admitted *Pro Hac Vice*
asmedstad@scopelitis.com
Andrew J. Butcher, Admitted *Pro Hac Vice*
abutcher@scopelitis.com
Scopelitis Garvin Light Hanson & Feary, P.C.
30 W. Monroe Street, Suite 600
Chicago, IL 60603
Phone: (312) 255-7200

Paul D. Root, Admitted *Pro Hac Vice*
proot@scopelitis.com
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Phone: (317) 637-1777

Attorneys for Defendant
Border Transfer of MA, Inc. and Patrick
McCluskey


4831-8740-7766, v. 1

2