UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS DaSILVA and MATTEUS FERREIRA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BORDER TRANSFER OF MA, INC., and PATRICK McCLUSKEY<br><br>        Defendants. | Case No: 16-cv-11205-PBS |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Interim Electronic Report of ADR Provider entered by Magistrate Judge Dein on May 31, 2019 (ECF No. 167), the Parties hereby provide this Joint Status Report Regarding Settlement.

The Parties have reached a settlement and are currently working on a long-form settlement agreement to be presented to the Court for preliminary approval.

This case is currently set for a jury trial to begin July 8, 2019, at 9:00 a.m.

Considering the recent settlement and the impending trial date, the Parties respectfully request that: (1) the Court vacate the the jury trial currently set to begin July 8, 2019, along with all related deadlines contained in the Court's Order for Pretrial Conference (ECF No. 159); and (2) the Court set a preliminary approval hearing on July 8, 2019, as well as a deadline of July 1, 2019, for Plaintiff to submit a Motion for Preliminary Approval.

WHEREFORE, the parties respectfully request that the Court vacate the upcoming jury trial and all related deadlines contained in the Court's Order for Pretrial Conference (ECF No. 159), and set a preliminary approval hearing for July 8, 2019, as well as a deadline of July 1, 2019, for Plaintiff to submit a Motion for Preliminary Approval.

Dated: June 7, 2019

Respectfully submitted,

| | |
|---|---|
| MARCOS DaSILVA, et al. individually and on behalf of all others similarly situated,<br>By their attorneys, | BORDER TRANSFER OF MA, INC. and PATRICK McCLUSKEY<br><br>By their attorneys, |
| */s/ Benjamin J. Weber*<br>Harold L. Lichten, BBO #549689<br>hlichten@llrlaw.com<br>Benjamin J. Weber, BBO #673736<br>bweber@llrlaw.com<br>LICHTEN & LISS-RIORDAN, P.C. P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Phone: (617) 994-5800 | /s/ *Paul D. Root*<br>Andrew J. Butcher, Admitted *Pro Hac Vice*<br>abutcher@scopelitis.com<br>Adam C. Smedstad, Admitted *Pro Hac Vice*<br>asmedstad@scopelitis.com<br>Scopelitis Garvin Light Hanson & Feary,<br><br>30 W. Monroe Street, Suite 600<br>Chicago, IL 60603<br>Phone: (312) 255-7200<br><br>Paul D. Root, Admitted *Pro Hac Vice*<br>proot@scopelitis.com<br><br>Scopelitis Garvin Light Hanson & Feary, P.C.<br>10 W. Market Street, Suite 1400<br>Indianapolis, IN 46204<br>Phone: (317) 637-1777 |

4827-1400-0025, v. 1