UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARCOS DaSILVA and MATTEUS FERREIRA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BORDER TRANSFER OF MA, INC. and PATRICK MCCLUSKEY, <br><br> Defendants. | Case No. 16-cv-11205-PBS |

### ORDER OF APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSAL OF CASE

Having considered the parties' proposed class action settlement in this case and determined that it is fair, reasonable, and adequate, the Court hereby grants final approval of the class action settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. The Court further orders the following:

1. The settlement funds to be distributed as set forth in Plaintiffs' Motion for Final Approval of Class Action Settlement; and

2. This case is dismissed with prejudice, with all parties waiving all rights of appeal and bearing their own costs.

ENTERED this 16 day of October, 2019

_____
Hon. Chief Judge Patti B. Saris